IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**HELENA CHEMICAL COMPANY**                                              **PLAINTIFF**

**V.**                                                     **NO. 4:15-CV-00096-DMB-JMV**

**ANDREW B. AYLWARD**
**D/B/A BRIG AYLWARD FARMS**                                     **DEFENDANT**

## JUDGMENT

In accordance with this Court's Order entered this day, judgment is entered in favor of Plaintiff Helena Chemical in the amount of $110,781.80, plus post-judgment interest at the rate of .52%.

**SO ORDERED**, this 21st day of April, 2016.

                                                                              **/s/ Debra M. Brown**
                                                                              **UNITED STATES DISTRICT JUDGE**